

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Peggy Joyce Ruth,

\* From the 35th District
  Court of Brown County,
  Trial Court No. CV10-02-049A.

Vs. No. 11-14-00102-CV

\* February 5, 2015

Arma Lee Crow, James Albert Crow,
Sandra Ford, and the Ruby and Annie
Smith Family Partnership,

\* Memorandum Opinion by Wright, C.J.
  (Panel consists of: Wright, C.J.,
   Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is no error in the order below. Therefore, in accordance with this court's opinion, the order of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Peggy Joyce Ruth.